```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
SHIVA STEIN,                                                      :
                                                                  :
                            Plaintiff,                            :
                                                                  :                21-cv-7756 (LJL)
        -v-                                                       :
                                                                  :                    ORDER
THE EXONE COMPANY et al.,                                         :
                                                                  :
                            Defendants.                           :
                                                                  :
------------------------------------------------------------------:
                                                                  X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2021

LEWIS J. LIMAN, United States District Judge:

     An initial conference was held on December 17, 2021, at which no parties appeared. While a notice of dismissal has been filed in several related cases, *see* Case Nos. 21-cv-7984; 21-cv-8648; 21-cv-8091; 21-cv-8679, no such notice has been filed in this case. Accordingly, the initial pretrial conference is rescheduled to January 5, 2022, at 11:00a.m.


     SO ORDERED.

Dated: December 27, 2021
      New York, New York

                                            LEWIS J. LIMAN
                                         United States District Judge